AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00104 |
| JIMMY CHERIZIER, also known as Barbecue, BBQ, or Babekyou, | ) Assigned To: Judge Upadhyaya, Moxila A. |
| ▇▇▇▇▇ | ) Assign. Date: 6/16/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/10/2020 to 01/31/2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. § 1705 | International Emergency Economic Powers Act |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_/s/ Daniel Lemaitre_
Complainant's signature

Daniel Lemaitre, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means).

Date: 06/16/2025

_____
Judge's signature

City and state: Washington, DC

U.S. Magistrate Judge Moxila A. Upadhyaya
Printed name and title