UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:25-mj-00104<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 6/16/2025<br>Description: COMPLAINT W/ARREST WARRANT |
| v. | : | <u>UNDER SEAL</u> |
| **JIMMY CHERIZIER, also known as Barbecue, BBQ, or Babekyou,** | : | |
| **Defendant.** | : | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Lemaitre, being first duly sworn, hereby submit this affidavit in support of criminal complaint and application for an arrest warrant relating to: JIMMY CHERIZIER, also known as "Barbecue," "BBQ," and "Babekyou" (hereinafter CHERIZIER).

I respectfully submit that there is probable cause to believe that between on or about December 10, 2020, until at least in or around January 2025, CHERIZIER and his co-conspirators have conspired to violate the International Emergency Economic Powers Act, 50 U.S.C. § 1705.

## AFFIANT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 25, 2022. I am currently assigned to the Miami Division of the FBI. In this capacity, I investigate violations of federal criminal law, specializing in criminal matters pertaining to U.S. extraterritorial jurisdiction. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks and have received training in the conduct of criminal investigations. I have also received training and gained experience in interviewing and interrogation techniques, the execution of federal search warrants and seizures, and the identification and collection of computer and cellphone-related evidence. In addition, I have personally participated in the execution of federal search warrants involving the search and seizure

1

of computer equipment, cellphones, and narcotics. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

3.  Based on my training and experience and the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that CHERIZIER engaged in a conspiracy to violate 50 U.S.C. § 1705 (International Emergency Economic Powers Act or "IEEPA").

## JURISDICTION AND VENUE

4.  This Court has jurisdiction and venue to issue the requested warrant. Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within the District of Columbia. *See* 18 U.S.C. § 3237. Namely, a license from the Department of the Treasury's Office of Foreign Assets Control ("OFAC") is required for a U.S. person to provide goods or services to a Specially Designated National. OFAC is located in the District of Columbia.

**LEGAL BACKGROUND**

*International Emergency Economic Powers Act and
the Global Magnitsky Sanctions Regulations*

5.  The International Emergency Economic Powers Act ("IEEPA"), codified at Title 50 U.S.C. § 1701 *et seq.*, authorized the President of the United States to impose economic sanctions in response to an unusual and extraordinary threat, which has its source in whole or substantial part outside the United States, to the national security, foreign policy, or economy of the United States when the President declares a national emergency with respect to that threat. Section 1705 of IEEPA provides, in part, that "[i]t shall be unlawful for a person to violate, attempt to violate, conspire to violate, or cause a violation of any license, order, regulation, or prohibition issued under this chapter." 50 U.S.C. § 1705(a). It also provides for criminal penalties for any person who "willfully commits, willfully attempts to commit, or willfully conspires to commit, or aids or abets in the commission of, an unlawful act described in subsection (a)." *Id.* § 1705(c).

6.  The Global Magnitsky Human Rights Accountability Act, codified at 22 U.S.C. § 10102 *et seq.*, authorized the President to block or revoke the visas of certain "foreign persons" or to impose sanctions against persons responsible for "extrajudicial killings, torture, or other gross violations of internationally recognized human rights" or government officials complicit in "acts of significant corruption." 22 U.S.C. §§ 10102(a)(1), (3).

7.  On or about December 20, 2017, pursuant to his authority under that statute and IEEPA, the President issued Executive Order ("EO") 13818, declaring a national emergency to deal with the threat to the stability of international political and economic systems posed by the prevalence and severity of human rights abuses and corruption. EO 13818 blocks the property and interests in property of individuals and entities listed in the Annex to EO 13818 or of those determined by the Secretary of the Treasury, after consultation with the Secretary of State and the

Attorney General, to meet certain criteria set forth in EO 13818. As a result, such individuals and entities are identified on OFAC's public Specially Designated Nationals and Blocked Persons List ("SDN List").

8. On June 29, 2018, OFAC issued a set of regulations to implement EO 13818, the Global Magnitsky Sanctions Regulations (the "GMSR"), 31 C.F.R. Part 583.

9. Unless otherwise authorized or exempt, U.S. persons, including U.S. companies and foreign persons in the United States, are prohibited from dealing with SDNs and their property and interests in property. 31 C.F.R. § 583.201(a). In particular, these prohibitions apply to U.S. persons making "any contribution or provision of funds, goods, or services by, to, or for the benefit of any person" designated as an SDN under EO 13818. *Id.* at § 583.201(b)(1).

10. On December 10, 2020, OFAC designated CHERIZIER as an SDN pursuant to EO 13818.

## PROBABLE CAUSE

11. From on or about December 10, 2020, until at least in or around January 2025, Defendant **JIMMY CHERIZIER ("CHERIZIER")**, also known as "Barbecue," "BBQ," or "Babekyou," knowingly and willfully conspired with individuals in the United States, Haiti, and elsewhere to violate and cause violations of U.S. sanctions.

12. CHERIZIER is a Haitian national residing in Haiti who formerly served as an officer in the Haitian National Police. CHERIZIER founded the Revolutionary Forces of the G9 Family and Allies (the "G9 and Family") in June 2020 to unite nine gangs in Port-au-Prince, Haiti. He remains its current leader. In September 2023, CHERIZIER helped found the gang alliance Viv Ansanm—which he still leads as of the date of this Indictment—to unite Haiti's many criminal gangs in an alliance to oppose the legitimate government of Haiti. On May 2, 2025, Viv Ansanm

was designated a Foreign Terrorist Organization ("FTO") by the U.S. Department of State and a Specially Designated Global Terrorist ("SDGT") by the U.S. Department of the Treasury.

13. On December 10, 2020, the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury sanctioned CHERIZIER and designated him as a Specially Designated National ("SDN") for his role in leading "armed groups in coordinated, brutal attacks in Port-au-Prince neighborhoods," including an attack in November 2018 in the La Saline neighborhood of Port-au-Prince which CHERIZIER "planned and participated in" and an attack in May 2020 in which CHERIZIER "led armed gangs in a five-day attack in multiple Port-au-Prince neighborhoods in which civilians were killed and houses were set on fire." As a result of this designation, U.S. individuals and entities, including financial institutions, generally are prohibited from engaging in transactions with or for the benefit of CHERIZIER absent approval from OFAC in the form of a license.

14. Since his designation as an SDN on December 10, 2020, CHERIZIER has led a wide-ranging conspiracy with individuals in the United States, Haiti, and elsewhere to raise funds for his gang activities in Haiti in violation of U.S. sanctions. In particular, CHERIZIER has raised funds in violation of U.S. sanctions by directly soliciting money transfers from members of the Haitian diaspora located in the United States. CHERIZIER uses these funds principally to pay salaries to the members of his gang and to acquire firearms from illicit firearms dealers in Haiti.

15. CHERIZIER has at all times relevant to this Indictment had knowledge of his SDN designation and the sanctions against him. In particular, CHERIZIER has made multiple statements acknowledging the sanctions again him.

16. At no time did CHERIZIER or any of his known co-conspirators apply for or obtain a license from OFAC, which is located in the District of Columbia, to permit U.S. persons to provide funds, goods, and services to, and for the benefit of, CHERIZIER.

## THE DEFENDANT AND CO-CONSPIRATORS

17. CHERIZIER, a Haitian national residing in Haiti, is a former Haitian police officer who was fired by Haitian National Police in 2018 for allegedly conspiring to perpetrate the La Saline Massacre in Port-au-Prince. In or around June 2020, CHERIZIER formed the G9 and Family coalition and remains its leader as of the date of this Indictment. In or around September 2023, CHERIZIER formed an alliance with the G9 and Family's former rival, the gang coalition G-Pèp, to create Viv Ansanm. As of the date of this Indictment, CHERIZIER is currently the spokesperson and recognized leader of Viv Ansanm.

18. U.S. CO-CONSPIRATOR 1 is a naturalized U.S. citizen from Haiti who resides in Fayetteville, North Carolina.

19. U.S. CO-CONSPIRATOR 2 is a naturalized U.S. citizen from Haiti who resides in Massachusetts.

20. U.S. CO-CONSPIRATOR 3 is a naturalized U.S. citizen from Haiti who resides in, New York.

21. HAITIAN CO-CONSPIRATOR 1 is a Haitian citizen who resides in Haiti.

22. HAITIAN CO-CONSPIRATOR 2 is a Haitian citizen who resided in Haiti until in or about the first half of 2024. HAITIAN CO-CONSPIRATOR 2 presently resides in North Carolina.

23. HAITIAN CO-CONSPIRATOR 3 is a Haitian citizen who resides in Haiti.

24. HAITIAN CO-CONSPIRATOR 4 is a Haitian citizen who resides in Haiti.

25.     HAITIAN CO-CONSPIRATOR 5 is a Haitian citizen who resides in Haiti.

## CHERIZIER's Knowledge of U.S. Sanctions

26.     CHERIZIER has at all times relevant to this Indictment had knowledge of his SDN designation and the sanctions against him. In particular, CHERIZIER has made multiple statements acknowledging the sanctions against him, including:

    a. On or about January 28, 2023, CHERIZIER acknowledged in a media interview that he was sanctioned, stating that "[i]t doesn't bother me because I don't travel, I don't have any goods, and any interest in foreign countries," including the United States.

    b. On or about February 7, 2024, CHERIZIER stated that he was sanctioned and could not enter the United States because he was accused of committing human rights violations in Haiti, including participating in the 2018 La Saline massacre.

    c. On or about May 28, 2024, CHERIZIER stated that he had been sanctioned because he had been accused of participating in the 2018 La Saline massacre.

27.     In addition, CHERIZIER's manner of having U.S. persons transfer money to Haitian persons for his benefit, but not to him directly, corroborates his knowledge of the U.S. sanctions against him.

## THE CONSPIRACY

28.     Beginning on or about December 10, 2020, and continuing through at least in or around January 2025, in the District of Columbia and elsewhere, CHERIZIER and others known and unknown to the grand jury knowingly and willfully conspired:

  a. to provide, and cause U.S. persons, including U.S. financial institutions, to provide, goods, funds, and services to and for the benefit of CHERIZIER, a Specially Designated National whose property and interests in property were blocked pursuant to EO 13818, without first having obtained the required license from OFAC, in violation of Title 50, United States Code, Section 1705; EO 13818; and Title 31, Code of Federal Regulations, Section 583.201; and

  b. to engage in transactions that evade and have the purpose of evading the prohibitions set forth in EO 13818, and Title 31, Code of Federal Regulations, Section 583.205(a), in violation of Title 50, United States Code, Section 1705.

### Objects of the Conspiracy

29. The objects of the conspiracy were, among others:

  a. to provide funding and services to CHERIZIER to facilitate the continued activities of his gang, G9 and Family, and the gang alliance Viv Ansanm, which controls the majority of Port-au-Prince, Haiti through violence and extortion;

  b. to evade the prohibitions of EO 13818 and the GMSR and the U.S. sanctions imposed on CHERIZIER; and

  c. to conceal certain of the acts committed in furtherance of the conspiracy and its purpose from U.S. law enforcement, U.S. money transmitting services, and others.

**Manner and Means of the Conspiracy**

30. It was further a part of the conspiracy that CHERIZIER and other co-conspirators, known and unknown to the grand jury, used the following manner and means to achieve the goals of the conspiracy:

   a. CHERIZIER solicited money from members of the Haitian diaspora in the United States, through both direct messaging applications and social media applications;

   b. U.S. and Haitian-based co-conspirators regularly communicated with CHERIZIER to determine what resources CHERIZIER needed to fund his gang activities;

   c. U.S. and Haitian-based co-conspirators collected funds from other U.S.-based individuals and sent them to other individuals in Haiti, intending to benefit CHERIZIER;

   d. CHERIZIER and U.S. and Haitian-based co-conspirators used third parties and other intermediaries and obfuscation techniques when transmitting or transferring money so as to conceal CHERIZIER's involvement from money transmitters and law enforcement;

   e. U.S. and Haitian-based co-conspirators sent CHERIZIER images of receipts from money transfers of U.S. dollars from the United States to individuals in Haiti for CHERIZIER's benefit;

   f. CHERIZIER and other co-conspirators arranged for the transportation of various goods from the United States to Haiti for CHERIZIER's benefit;

g. CHERIZIER and other co-conspirators often concealed or deleted communications made in furtherance of the conspiracy; and

h. No person, including CHERIZIER, applied for or obtained the necessary licenses from OFAC to lawfully conduct the transactions set forth in this Indictment.

**Overt Acts in Furtherance of the Conspiracy**

31. In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Columbia and elsewhere:

   a. Between on or about September 27, 2021, and on or about October 10, 2021, U.S. CO-CONSPIRATOR 1 communicated with CHERIZIER, telling him that U.S. CO-CONSPIRATOR 1 had purchased CHERIZIER a phone plan with a Haitian telecommunications company and sent $25 to CHERIZIER so they could communicate directly.[1]

   b. On or about September 27, 2021, U.S. CO-CONSPIRATOR 1 sent CHERIZIER a photograph of a receipt from MONEY TRANSFER COMPANY 1, in which U.S. CO-CONSPIRATOR 1 sent $2,974 to HAITIAN PERSON 1 for the benefit of CHERIZIER.

   c. On or about October 6, 2021, U.S. CO-CONSPIRATOR 1 sent CHERIZIER a photograph of a receipt from MONEY TRANSFER COMPANY 1, in which U.S. CO-CONSPIRATOR 1 sent $1,539 to HAITIAN PERSON 1 for the benefit of CHERIZIER.

---

[1] Unless otherwise noted, all amounts are in U.S. Dollars.

d. On or about October 9, 2021, U.S. CO-CONSPIRATOR 1 sent CHERIZIER a message, stating "I have some money left. I am trying to do my calculation to see how I can send it to you."

e. On or about October 12, 2021, U.S. CO-CONSPIRATOR 1 sent CHERIZIER a photograph of a receipt from MONEY TRANSFER COMPANY 1, in which CANADIAN PERSON 1 sent $4,800 to HAITIAN PERSON 2 for the benefit of CHERIZIER.

f. On or about October 17, 2021, U.S. CO-CONSPIRATOR 1 sent CHERIZIER a message, stating that he had sent CHERIZIER $25 and that he "paid to add minutes so you can set up an international plan on the phone, so you can call me directly and you don't get charged."

g. On or about March 11, 2022, U.S. CO-CONSPIRATOR 3 sent CHERIZIER a photograph of a receipt from MONEY TRANSFER COMPANY 2, in which U.S. CO-CONSPIRATOR 3 sent $163 to HAITIAN CO-CONSPIRATOR 1 for the benefit of CHERIZIER.

h. On or about May 20, 2022, U.S. CO-CONSPIRATOR 1 sent a voice memo to CHERIZIER, asking him for a name "who to send money to," since U.S. CO-CONSPIRATOR 1 "usually use[s] the services of someone who takes the money from me and takes the money to Haiti," but the person U.S. CO-CONSPIRATOR 1 normally used was not responding.

i. On or about May 21, 2022, U.S. CO-CONSPIRATOR 1 sent CHERIZIER a photograph of a receipt from MONEY TRANSFER COMPANY 1, in which

      U.S. CO-CONSPIRATOR 1 had sent $101.50 to HAITIAN CO-CONSPIRATOR 1 that same day.

j. On or about May 21, 2022, U.S. CO-CONSPIRATOR 1 sent a voice memo to CHERIZIER, stating that "[t]he guy that used to bring the money to Haiti has not replied to my friend yet and I know you have an emergency. The guy who used to bring money to Haiti has not yet replied to my friend and I wanted to give him the money in Haiti. I am going to have to transfer the money although you will lose money because of the transfer fees. I know the transfer kiosks will take their cut. Give me a name of a recipient to receive the funds. Do you want me to use [HAITIAN CO-CONSPIRATOR 1]."

k. On or about May 21, 2022, CHERIZIER sent a voice memo to U.S. CO-CONSPIRATOR 1, stating "what we have to do now is give the guys the means. I am going to call them and tell them Friday. Now I am out on the streets taking care of a lot of things… If anything, I am the one that is thankful for everything you have done for me. You are always there for me and for anything that I have needed, you have been there for me."

l. On or about June 3, 2022, U.S. CO-CONSPIRATOR 1 forwarded a voice memo to CHERIZIER that HAITIAN CO-CONSPIRATOR 3 sent to U.S. CO-CONSPIRATOR 1. In that message, HAITIAN CO-CONSPIRATOR 3 stated to U.S. CO-CONSPIRATOR 1 that "I am going to ask my assistant whether he or she has an account in U.S. dollars and then I will have my assistant meet with BBQ, and then, BBQ will have to meet me with his delegation. From that meeting, they will make plans to move because the

people are suffering, and they have to free the people to give [assassinated former Haitian president] Jovenel justice. I am going to give my assistant your number so he will message you privately. Everything you are going to send to Haiti, you will send in U.S. dollars. I want the people in Haiti to give me whatever you send in U.S. dollars, that is why I want you to use my assistant's account, because it is in U.S. dollars… When we receive the money in U.S. dollars, we can do more with it. For example, I have a debt of $600 U.S. dollars."

m. On or about June 3, 2022, U.S. CO-CONSPIRATOR 1 forwarded a voice memo to CHERIZIER that HAITIAN CO-CONSPIRATOR 4 sent to U.S. CO-CONSPIRATOR 1. In that message, HAITIAN CO-CONSPIRATOR 4 told U.S. CO-CONSPIRATOR 1 that "[y]our role in the diaspora is to push initiatives to help the cause… I have a bank account with [Financial Institution 1], which is blocked, and I will make sure they unblock it because when we receive the U.S. dollars on that account, they will give it to us in U.S. currency. . . . When the money is wired to the account, you can take it in U.S. dollars. I have two accounts, one in dollars and another in Gourdes, but I will need some money to unblock the U.S. dollar account. If I have backup, we will take the power and you will be able to come back to your country. You will need to serve in the new government…."

n. On or about June 4, 2022, U.S. CO-CONSPIRATOR 1 forwarded a voice memo to CHERIZIER that HAITIAN CO-CONSPIRATOR 4 sent to U.S. CO-CONSPIRATOR 1. In that message, HAITIAN-CO-CONSPIRATOR 4

13

stated that the "Administrator of International Finance Committee is [HAITIAN CO-CONSPIRATOR 3], our Haitian revolutionary group . . . [U.S. CO-CONSPIRATOR 1] is a funder and needs vehicles, weapons, money and prayers."

o. On or about June 4, 2022, U.S. CO-CONSPIRATOR 1 forwarded a voice memo to CHERIZIER that an unknown Haitian individual sent to U.S. CO-CONSPIRATOR 1. In that message, the unknown Haitian individual stated that the "Head of operation is a military guy. His name is [HAITIAN CO-CONSPIRATOR 5]. He has an account in U.S. dollars. I am going to give him your number and he will get in touch with you. Use his account for anything you send to Haiti. In the meantime, they are working to set up the organization's account. The guys are now going to say hi to you."

p. On or about June 4, 2022, U.S. CO-CONSPIRATOR 1 forwarded another voice memo to CHERIZIR that HAITIAN CO-CONSPIRATOR 5 had sent to U.S. CO-CONSPIRATOR 1. In that message, HAITIAN CO-CONSPIRATOR 5 stated "my name is [HAITIAN CO-CONSPIRATOR 5]. I am the one who will send you the account number."

q. On or about June 4, 2022, U.S. CO-CONSPIRATOR 1 forwarded a voice memo to CHERIZIER that HAITIAN CO-CONSPIRATOR 3 sent to CO-CONSPIRATOR 1. In that message, HAITIAN CO-CONSPIRATOR 3 stated that "[w]e want to start a revolution in Haiti and are trying to collect funds. There are two ways to do this. One is through Haitians living abroad and another is Haitians living inside Haiti. For Haitians living abroad, our

proposition is to have 1,000 individuals each give $20 or having 1,000,000 Haitians abroad each give $1 dollar. For Haitians living inside Haiti, we propose to collect money from 1,000 people in each department. Each of these 1,000 people per department should give 5,000 Gourdes. With this money, they can buy pick-up trucks, weapons, ammunition, clothing to include t-shirts, boots, and hats. We want to change everything in Haiti."

r. On or about June 10, 2022, CHERIZIER sent a voice memo to HAITIAN CO-CONSPIRATOR 2, while HAITIAN CO-CONSPIRATOR 2 was in Haiti, stating "one of my guys got shot in the stomach and died. That is why I am checking on you right now, because I need the things."

s. On or about June 22, 2022, HAITIAN CO-CONSPIRATOR 2 sent a voice memo to CHERIZIER stating "everything is here, on Friday I will bring them to you. You said you will take all of them, but once I give them to you, I do not know who you will get in contact with to get the rest of them. And also, there are barricades in the area. I do not know how you will manage to get them." Later that same day, CHERIZIER responded in a voice note stating "brother, have you forgotten how much money you are holding for me? You are holding four long sleeve shirts for me and a number of grains."

t. On or about June 25, 2022, U.S. CO-CONSPIRATOR 1 forwarded a voice memo to CHERIZIER that an unidentified individual sent to U.S. CO-CONSPIRATOR 1. In that message, the unidentified individual stated to U.S. CO-CONSPIRATOR 1 that "we have soldiers. Exactly what we need are weapons and vehicles. We have a lot of soldiers. We just had a meeting,

15

and all of our soldiers are ready. We are in condition to deploy. We started our preparation in March and we have everything on video. I was talking to a guy named Vieux who participated in the Vietnam war and promised to send me a lot of stuff. Vieux made me believe that he had equipment, but he never delivered on his promise. I also said all of this to Coq. I prepared a budget and sent it to the guy. The budget covers equipment for 1,000 soldiers. I have everything planned, all we need are vehicles and weapons for 1,000 soldiers to attack."

u. On or about July 6, 2022, CHERIZIER sent a voice memo to HAITIAN CO-CONSPIRATOR 2, stating that he was in a tough spot and needed the money back. HAITIAN CO-CONSPIRATOR 2 responded with a voice memo to CHERIZIER, stating "that is not the way things are done. You know arms deals are not done that way. If you do not have the weapons, just bring the money back." On or about July 7, 2022, CHERIZIER responded with a voice memo stating "okay, if you cannot do business right now, make sure the resources get back to me."

v. On or about July 7, 2022, U.S. CO-CONSPIRATOR 1 sent a message to CHERIZIER, stating "$125 dollars, ok. $125 dollars plus 90. You are better at adding numbers than me. $215 dollars, ok? I will pay the fees."

w. On or about July 7, 2022, U.S. CO-CONSPIRATOR 1 sent a voice memo to CHERIZIER stating that there were two women who each gave U.S. CO-CONSPIRATOR 1 $50, which brings the total to $190 that U.S. CO-CONSPIRATOR 1 has for CHERIZIER.

x. On or about July 10, 2022, U.S. CO-CONSPIRATOR 1 sent a voice memo to CHERIZIER stating that U.S. CO-CONSPIRATOR 1 had $210 collected, and U.S. CO-CONSPIRATOR 1 stated "you will tell me what to do."

y. On or about July 31, 2022, U.S. CO-CONSPIRATOR 1 forwarded a voice memo to CHERIZIER that U.S. CO-CONSPIRATOR 1 had previously sent to an unknown third party. In that voice memo, U.S. CO-CONSPIRATOR 1 stated that "the head of G9 is a close friend of mine. I grew up with BBQ. I am not afraid of saying that the head of G9 is a close friend of mine, he is like a brother to me. I grew up with BBQ. I speak daily with BBQ. As a matter of fact, I spoke with him this morning. People cannot scare me because I live in the U.S. and I am not trying to conspire against the U.S. Fuck you America. I am defending my country (Haiti), which the U.S. Embassy is destroying. If I had the means I would have provided the guys with the means. If I was facing those people, I would tell them in their face that I know what is waiting for me. Two things are waiting for me, prison, or death. Fuck you America and fuck you U.S. Embassy."

z. On or about September 12, 2022, U.S. CO-CONSPIRATOR 1 sent $50 to HAITIAN CO-CONSPIRATOR 5 via MONEY TRANSFER COMPANY 1 for the benefit of CHERIZIER.

aa. On or about October 8, 2022, U.S. CO-CONSPIRATOR 1 sent $50 to HAITIAN CO-CONSPIRATOR 5 via MONEY TRANSFER COMPANY 1 for the benefit of CHERIZIER.

17

bb. On or about October 12, 2022, CHERIZIER sent a message to U.S. CO-CONSPIRATOR 2, stating that he, CHERIZIER, cannot go out, so he was sending his wife's name, HAITIAN PERSON 3, for U.S. CO-CONSPIRATOR 2 to send money to her in Port-au-Prince, Haiti through MONEY TRANSFER COMPANY 3.

cc. On or about November 29, 2022, U.S. CO-CONSPIRATOR 1 sent $91 to HAITIAN CO-CONSPIRATOR 5 via MONEY TRANSFER COMPANY 1 for the benefit of CHERIZIER.

dd. In or around March 2024, at CHERIZIER's direction, members of the Haitian diaspora in the United States made three wire transfers in the amount of $13,000, $6,000, and $9,000 to persons in Haiti, who then withdrew cash and provided the funds to CHERIZIER.

ee. On or about September 7, 2024, U.S. CO-CONSPIRATOR 1 sent a voice memo to CHERIZIER, stating that he needs to do something, the peace agreement with the Haitian government is not working, and his savings are not doing well. U.S. CO-CONSPIRATOR 1 then noted that he only has $35,000 in his savings account remaining out of the $70,000 he had previously.

ff. On or about September 7, 2024, U.S. CO-CONSPIRATOR 1 sent a voice memo to CHERIZIER, stating that U.S. CO-CONSPIRATOR 1 is unfortunately not in Haiti to fight alongside CHERIZIER, but he will do whatever is in his power to support CHERIZIER. U.S. CO-CONSPIRATOR

      1 then stated that if it were possible, he would finance all of CHERIZIER's projects and provide him with all the heavy weapons to win the fight.

gg. On or about September 7, 2024, U.S. CO-CONSPIRATOR 1 sent a voice memo to CHERIZIER, stating that he believes in CHERIZIER's fight for Haiti and that, for that reason, he just spoke with U.S. PERSON 2 about how U.S. PERSON 2 is ready to "invest" $50,000.

hh. On or about December 11, 2024, CHERIZIER sent a voice memo to U.S. CO-CONSPIRATOR 1, expressing his gratefulness for all of the sacrifices U.S. CO-CONSPIRATOR 1 has made for CHERIZIER.

ii. On or about January 14, 2025, U.S. CO-CONSPIRATOR 1 sent a message to U.S. PERSON 1, asking U.S. PERSON 1 to send $100 to an unnamed individual in Haiti.

jj. On or about January 19, 2025, U.S. CO-CONSPIRATOR 1 sent a message to a group chat including CHERIZIER, stating that MONEY TRANSFER COMPANY 4 had blocked U.S. CO-CONSPIRATOR 1, and that they would use MONEY TRANSFER COMPANY 3 to send money.

kk. At no time during the conspiracy did any person apply for or obtain the necessary licenses from OFAC, located in the District of Columbia, to provide money or services to CHERIZIER, a sanctioned individual.

**<u>REQUEST TO SUBMIT WARRANT BY TELEPHONE<br>OR OTHER RELIABLE ELECTRONIC MEANS</u>**

    32.    I respectfully request, pursuant to Rules 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure, permission to communicate information to the Court by telephone in connection with this Application for an Arrest Warrant. I submit that Assistant U.S. Attorney

Kimberly Paschall, an attorney for the United States, is capable of identifying my voice and telephone number for the Court.

## CONCLUSION

33.  Based on the forgoing, I submit that there is probable cause that between on or about December 10, 2020, and at least in or around January 2025, CHERIZIER and his co-conspirators have engaged in a conspiracy to violate 50 U.S.C. § 1705 (International Emergency Economic Powers Act or "IEEPA").

Respectfully submitted,

Daniel Lemaitre
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 16, 2025.

MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE