UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIMMY CHERIZIER, also known as Barbecue, BBQ, or Babekyou,<br><br>BAZILE RICHARDSON, also known as Fredo Pam, Fred Lion, Leo Danger, Lupe Blode, and Fredo Richardson,<br><br>Defendants. | Case: 1:25-cr-00202<br>Assigned To: Judge Leon, Richard J.<br>Assign Date: 7/17/2025<br>Description: INDICTMENT (B) |

### ORDER

Having considered the Government's Motion to Seal the Indictment, Arrest Warrant, and related paperwork ("Motion to Seal"), and for good cause stated therein, the Court makes the following findings:

1. Sealing the Indictment, Arrest Warrant, the Motion to Seal, and this Order in the above-captioned matter will further the legitimate prosecutorial interest in arresting the individuals named in the Indictment who are presently overseas or outside the jurisdiction.

2. The public docketing at this time of the Indictment, the Arrest Warrant, the Motion to Seal, and this Order, could compromise law enforcement's ability to continue the investigation into other co-conspirators and arrest the defendants presently located outside the jurisdiction.

3. Accordingly, these facts present a legitimate basis for sealing the Indictment, the Arrest Warrant, the Motion to Seal, and this Order to Seal.

4

Based on the foregoing findings of fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, pursuant to Federal Rule of Criminal Procedure 6(e)(4), the Indictment, the Arrest Warrant, the Motion to Seal, and this Order to Seal shall be sealed by the Clerk of the Court.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Indictment, Arrest Warrant, and this Order to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendants, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment, Arrest Warrant, the Motion to Seal, and this Order to Seal until further order of this Court.

It is FURTHER ORDERED that the Indictment and this Order to Seal shall be unsealed upon oral motion of the Government to this Court or to any Court where the defendants are first presented.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment, Arrest Warrant, and the instant Motion to Seal and Order, upon request.

Date: July 17, 2025

                                                  MATTHEW J. SHARBAUGH
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  FOR THE DISTRICT OF COLUMBIA

cc:    Kimberly L. Paschall
       Assistant U.S. Attorney
       601 D Street, N.W.
       Washington, D.C. 20530