AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11835309

**RECEIVED**
By USMS District of Columbia District Court at 4:51 pm, Jul 17, 2025

United States of America
v.
BAZILE RICHARDSON,
also known as Fredo Pam, Fred Lion, Leo Danger, Lupe Blode, and Fredo Richardson,

*Defendant*

Case: 1:25-cr-00202
Assigned To: Judge Leon, Richard J.
Assign Date: 7/17/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BAZILE RICHARDSON, aka Fredo Pam, Fred Lion, Leo Danger, Lupe Blode, and Fredo Richardson,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

50 U.S.C. § 1705 (International Emergency Economic Powers Act)

Date: 07/17/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/17/2025, and the person was arrested on *(date)* 8/12/2025
at *(city and state)* Washington DC

Date: 8/12/2025

*Arresting officer's signature*

Thyree Harris  DUSM
*Printed name and title*