UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> v. : <br> : <br> **JIMMY CHERIZIER**, also known as : <br> **Barbecue, BBQ, or Babekyou,** : <br> : <br> **BAZILE RICHARDSON**, also known : <br> as Fredo Pam, Fred Lion, Leo Danger, : <br> Lupe Blode, and Fredo Richardson, : <br> : <br> **Defendants.** | **CRIMINAL NO. 25-202 (RJL)** |

## MOTION TO UNSEAL

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves to unseal in the above-captioned case the public docket and the indictment effective on Tuesday, August 12, 2025, at 12:30 p.m.

A grand jury in the District of Columbia issued an indictment in this matter on July 17, 2025. That same day, the Court issued an order sealing the indictment and related paperwork, finding that such sealing would further the legitimate prosecutorial interest in arresting the individuals named in the indictment.

United States law enforcement officials have determined that continued sealing of these materials no longer serves the governmental interest in obtaining custody of the defendants. Law enforcement arrested defendant Richardson on July 23, 2025, in Pasadena, Texas, and he was transported by the U.S. Marshals into the District of Columbia. In addition, U.S. authorities plan to announce publicly a $5 million reward through the U.S. Department of State's Transnational Organized Crime Rewards Program for information leading to defendant Cherizier's arrest. The basis that previously existed for sealing, therefore, no longer exists.

For the foregoing reasons, the United States of America respectfully requests that the Court issue an Order unsealing the indictment, the arrest warrant for defendant Richardson, and the public docket in this matter effective on Tuesday, August 12, 2025, at 12:30 p.m.

        Respectfully submitted

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:    */s/ Thomas N. Saunders*
        Thomas N. Saunders
        Assistant United States Attorney
        N.Y. Bar No. 4876975
        National Security Section
        601 D Street, N.W.,
        Washington, D.C.  20530
        202-252-7790
        thomas.saunders@usdoj.gov