UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-cr-00202-RJL |
| | : | |
| BAZILE RICHARDSON, also known as Fredo Pam, Fred Lion, Leo Danger, Lepe Blode, and Fredo RICHARDSON, | : : : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO SET STATUS DATE AND TOLL SPEEDY TRIAL CLOCK**

The United States of America and defendant Bazile Richardson respectfully move the Court to schedule the next status conference for a date between November 13 and November 21, 2025, and to toll the speedy trial clock until whatever date the Court sets.

The Court scheduled a status conference in this matter for October 2, 2025.  Yesterday, the defense filed a motion to continue the status conference, noting that the government consented to the continuance.  However, the government's consent was conditioned on the parties' requesting to toll time under the Speedy Trial Act.  The Court granted the motion, continuing the October 2nd status conference to a date to be determined.

The parties have conferred and respectfully request that the status conference be scheduled for a date between November 13 and November 21, 2025.  In addition, tolling the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7)(A) is warranted, as additional time is needed for the defendant and his counsel to receive and review voluminous discovery, including large amounts of discovery in Haitian Creole. Accordingly, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  The Court previously granted a similar request in this case to toll speedy trial time for the same reasons.  Minute Order issued September

19, 2025. The government has conferred with defense counsel, and the defense consents to the tolling of the speedy trial clock.

                                                      Respectfully submitted,

                                                     JEANINE FERRIS PIRRO
                                                     United States Attorney

Dated: September 30, 2025        By:    */s/ Thomas Saunders*
                                                     Thomas Saunders
                                                     Assistant United States Attorney
                                                     N.Y. Bar No. 4876975
                                                   National Security Section
                                                   United States Attorney's Office
                                                   601 D Street, N.W.
                                                   Washington, D.C. 20579
                                                   Phone: (202) 252-7790

                                                   JOHN A. EISENBERG
                                                   Assistant Attorney General

                                                   Beau D. Barnes
                                                   Trial Attorney
                                                   D.C. Bar No. 1024150
                                                   Counterintelligence & Export Control Section
                                                   National Security Division
                                                   950 Pennsylvania Avenue NW
                                                   Washington, D.C. 20530
                                                   Phone: (202) 305-4679

                                                   STUART A. BERMAN
                                                   Counsel for Defendant