UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 25-cr-00202-RJL |
| : | |
| BAZILE RICHARDSON, also known as : | |
| Fredo Pam, Fred Lion, Leo Danger, : | |
| Lepe Blode, and Fredo RICHARDSON, : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TOLL SPEEDY TRIAL CLOCK**

The United States of America and defendant Bazile Richardson respectfully jointly move the Court to continue the status conference set for February 17, 2026, at 4pm for approximately 90 days to a date during the week of May 18-22, 2026, and to toll the speedy trial clock until whatever date the Court sets for the next status conference.

The parties have conferred regarding next steps in this case. Because of the volume of discovery in this case, which includes large amounts of materials in Haitian Creole, the parties believe it is appropriate to continue the status conference for 90 days. At the rescheduled status conference, the parties expect to advise the Court regarding next steps, including a proposed schedule for pretrial motions and a proposed trial date.

In addition, the parties believe that tolling the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7)(A) is warranted, as additional time is needed for the defendant and defense counsel to review the above-described voluminous discovery. Accordingly, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The government has conferred with defense counsel, who consents to the tolling of the speedy trial clock.

Respectfully submitted,

                                                JEANINE FERRIS PIRRO
                                                UNITED STATES ATTORNEY

Dated: February 13, 2026             Thomas Saunders
                                                Ariel Dean
                                                Assistant United States Attorneys
                                                N.Y. Bar No. 4876975 (Saunders)
                                                D.C. No. 90003803 (Dean)
                                                National Security Section
                                                United States Attorney's Office
                                                601 D Street NW
                                                Washington, D.C. 20579
                                                Phone: (202) 252-7790 (Saunders)
                                                Phone: (202) 252-6764 (Dean)
                                                Thomas.Saunders@usdoj.gov
                                                Ariel.Dean@usdoj.gov


                                                JOHN A. EISENBERG
                                                ASSISTANT ATTORNEY GENERAL

                      By:        */s/ Beau D. Barnes*
                                                  Beau D. Barnes
                                                Trial Attorney
                                                D.C. Bar No. 1024150
                                                Counterintelligence & Export Control Section
                                                National Security Division
                                                950 Pennsylvania Avenue NW
                                                Washington, D.C. 20530
                                                Phone: (202) 305-4679
                                                Beaudre.Barnes@usdoj.gov